# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ SEP 30 2010 ★
BROOKLYN OFFICE

1. Title of Case: **United States v. Jerome Caramelli et al (ENV) (S-5)**

2. Related Magistrate Docket Number(s): 10-M-1052

    None ( )

3. Arrest Date: Sept. 11, 2010

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens, Richmond, Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
Rachel Nash
Assistant U.S. Attorney
718-254-6072

Rev. 3/22/01